IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

JOHN K. WASSON, Individually, and on behalf of the )
Heirs-at-Law of PAMELA S. WASSON, Deceased, )
)
                                  **Plaintiff,** )
)
vs. )  Civil Action No. 10-1157-MLB-KMH
)
KV PHARMACEUTICAL COMPANY, )  **JURY TRIAL DEMANDED**
ETHEX CORPORATION, and THER-RX )
CORPORATION, )
)  **DESIGNATION OF PLACE OF**
)  **TRIAL: Wichita, Kansas**
                                 **Defendants.** )
)

## COMPLAINT

Plaintiff, John K. Wasson, individually, and on behalf of the heirs-at-law of Pamela S. Wasson, deceased, for his cause alleges the following:

1. Plaintiff, John K. Wasson, files this lawsuit on behalf of himself, individually, and on behalf of the heirs-at-law of Pamela S. Wasson, deceased, adult children: Aaron E. Edwards a resident of Wichita, Sedgwick County, Kansas; Kari S. Forshee, a resident of Goddard, Sedgwick County, Kansas; and Janna L. Edwards, a resident of Topeka, Shawnee County, Kansas. Pamela S. Wasson, deceased, was an adult resident of Kansas who purchased and consumed Morphine Sulfate ER (Extended-Release) 60 mg tablets since February 2008 and March 2008. Pamela S. Wasson died on May 23, 2008, as a result of her consumption of Morphine Sulfate ER. Plaintiff received a recall letter for recall of the Morphine Sulfate ER, dated June 18, 2008.

2. Defendant KV Pharmaceutical Company., is incorporated under the laws of the State

HUTTON
& HUTTON
Law Firm, L.L.C.

Tallgrass Exec. Park
8100 E. 22nd St. N.
Building 1200
Wichita, Kansas
67226-2312

Mailing Address:
P.O. Box 638
Wichita, Kansas
67201-0638

316.688.1166
316.686.1077 (fax)
www.huttonlaw.com

of Missouri with its corporate headquarters located in St. Louis, Missouri. The resident agent of KV Pharmaceutical Company is CT Corporation System, 120 South Central Avenue, Clayton, Missouri 63105. Defendant KV Pharmaceutical Company is engaged in the business of manufacturing, processing, packing, labeling, holding, and distributing prescription and non-prescription drugs. KV Pharmaceutical Company distributes drugs under the Ethex Corporation label.

3. Defendant Ethex Corporation, a wholly owned subsidiary of Defendant KV Pharmaceutical Company, is incorporated under the laws of the State of Missouri, and its corporate office is located in St. Louis, Missouri. The resident agent of Ethex Corporation is CT Corporation System, 120 South Central Avenue, Clayton, Missouri 63105. Defendant Ethex Corporation is engaged in the business of marketing and distributing drugs, including drugs manufactured by Defendant KV Pharmaceutical Company.

4. Defendant Ther-Rx Corporation, a wholly owned subsidiary of Defendant KV Pharmaceutical Company, is incorporated under the laws of the State of Missouri. The resident agent of Ther-Rx Corporation is CT Corporation System, 120 South Central Avenue, Clayton, Missouri 63105.

5. Collectively, Defendants KV Pharmaceutical Company, Ethex Corporation, and Ther-Rx Corporation comprise "Defendants, KV Pharmaceutical Company."

6. This Court has subject matter jurisdiction under 28 U.S.C. §1332(a)(diversity jurisdiction) because the amount in controversy exceeds $75,000.00 (seventy-five thousand dollars), exclusive of interest and costs; and complete diversity of citizenship exists between Plaintiff and Defendants, all foreign corporations.

7. Venue is proper in this District under 28 U.S.C. §1391 because:

   a. Defendants' actions occurred in the District of Kansas; Plaintiff resides

HUTTON
& HUTTON
Law Firm, L.L.C.

Tallgrass Exec. Park
8100 E. 22nd St. N.
Building 1200
Wichita, Kansas
67226-2312

Mailing Address:
P.O. Box 638
Wichita, Kansas
67201-0638

316.688.1166
316.686.1077 (fax)
www.huttonlaw.com

in Kansas; and decedent Pamela S. Wasson resided in Kansas.

   b. Defendants KV Pharmaceutical Company, foreign corporations all, manufactured the defective Morphine Sulfate ER and have been in the business of designing, developing, researching, manufacturing, testing, seeking FDA approval, marketing, promoting, selling, labeling, packaging, and/or distributing drugs, including transactions in Kansas, either directly or indirectly through third parties.

   c. Defendants manufactured and/or placed into the stream of commerce the drug Morphine Sulfate ER, which reached decedent Pamela S. Wasson in the same or substantially the same condition in which it was produced and sold. Defendants KV Pharmaceutical Company, foreign corporations all, manufactured the defective Morphine Sulfate ER, which drug was recalled by the Food and Drug Administration because several lots (or batches) of pills were found to be oversized, having double thickness, and containing twice the amount of morphine--leading to several cases of fatal morphine overdoses.

  8. Defendant KV Pharmaceutical Company made false and misleading statements about their compliance with FDA regulations regarding the manufacture and marketing of generic drugs and failed to disclose that their manufacturing facilities were in disarray, resulting in the sale of unsafe drugs that may have contained more than the intended levels of the active drug.

  9. Plaintiff brings this lawsuit to recover damages arising from the injuries and wrongful death of decedent Pamela S. Wasson, sustained from the use of the drug Morphine Sulfate ER, manufactured and distributed by Defendant KV Pharmaceutical Company.

  10. Defendants designed, manufactured, distributed, and sold the drug Morphine Sulfate ER at a time when it was defective, *i.e.*, unreasonably dangerous beyond the contemplation of the ordinary user.

HUTTON
& HUTTON
Law Firm, L.L.C.

Tallgrass Exec. Park
8100 E. 22nd St. N.
Building 1200
Wichita, Kansas
67226-2312

Mailing Address:
P.O. Box 638
Wichita, Kansas
67201-0638

316.688.1166
316.686.1077 (fax)
www.huttonlaw.com

11. Defendants designed, manufactured, distributed, and sold the drug Morphine Sulfate ER at a time when Defendant knew or should have known that it was unreasonably hazardous.

12. Defendants failed to warn persons, including Plaintiff, of the defect at a time when Defendants knew or should have known that without such warning persons, including Plaintiff, were likely to be seriously injured and/or fatally injured.

13. Defendants designed, manufactured, and sold the drug Morphine Sulfate ER at a time when it was not fit for its intended purpose nor merchantable.

14. As a result of Defendants' acts, each of them, Plaintiff suffered serious injury, resulting in death, and incurred medical expenses and has been damaged in an amount in excess of $75,000.00 (seventy-five thousand dollars).

WHEREFORE, Plaintiff demands judgment against Defendants in an amount in excess of $75,000.00 (seventy-five thousand dollars) as authorized by law for actual damages, interest, costs, and such other relief as the Court deems just and proper.

### TRIAL BY JURY

Plaintiff demands trial by jury for all issues so triable.

### PLACE OF TRIAL

Plaintiff respectfully requests that trial occur in Wichita, Kansas.

Dated: May 18, 2010

Respectfully submitted,

/s/ Andrew W. Hutton
Andrew W. Hutton (KS #10264)
Hutton & Hutton Law Firm, L.L.C.
8100 E. 22nd St. North, Bldg. 1200
Wichita, KS 67226
316.688.1166 Telephone
316.686.1077 Facsimile
Andrew.Hutton@huttonlaw.com

HUTTON
& HUTTON
Law Firm, L.L.C.

Tallgrass Exec. Park
8100 E. 22nd St. N.
Building 1200
Wichita, Kansas
67226-2312

Mailing Address:
P.O. Box 638
Wichita, Kansas
67201-0638

316.688.1166
316.686.1077 (fax)
www.huttonlaw.com