IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

JOHN K. WASSON, Individually, and on behalf of the ）
Heirs-at-Law of PAMELA S. WASSON, Deceased, ）
）
                            Plaintiff, ）
）
vs.                                           ） Civil Action No. 10-cv-01157-
）                   MLB-KMH
KV PHARMACEUTICAL COMPANY, ）
ETHEX CORPORATION, and THER-RX ）
CORPORATION, ）
）
                          Defendants. ）
）

### STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, John K. Wasson, individually, and on behalf of the heirs-at-law of Pamela S. Wasson, deceased, by and through his undersigned attorneys, and hereby files this Stipulated Motion for Dismissal With Prejudice. The above-styled cause has been amicably settled out of court for a satisfactory sum and, therefore, the Court may enter an Order on the Stipulated Motion for Dismissal With Prejudice, dismissing the action of Plaintiff and Defendants, KV Pharmaceutical Company, Ethex Corporation, and Ther-Rx Corporation, with prejudice. Plaintiff's counsel has conferred with all Defendants, and Defendants do not oppose the dismissal of this action, with prejudice, each party to bear their own attorneys' fees, costs, and expenses.

Dated: January 3, 2011.

                                                  Respectfully submitted,

                                                  /s/ Andrew W. Hutton
                                                  Andrew W. Hutton (KS #10264)
                                                  Hutton & Hutton Law Firm, L.L.C.
                                                  8100 E. 22nd St. North, Bldg. 1200
                                                  Wichita, KS 67226

HUTTON
& HUTTON
Law Firm, L.L.C.

Tallgrass Exec. Park
8100 E. 22nd St. N.
Building 1200
Wichita, Kansas
67226-2312

Mailing Address:
P.O. Box 638
Wichita, Kansas
67201-0638

316.688.1166
316.686.1077 (fax)
www.huttonlaw.com

316.688.1166 Telephone
316.686.1077 Facsimile
Andrew.Hutton@huttonlaw.com
*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Stipulated Motion for Dismissal With Prejudice was served electronically via operation of the Court's CM/ECF system on this 3rd day of January, 2011, to:

>Mr. Jason Scheiderer
>Sonnenschein, Nath & Rosenthal, L.L.P.
>4250 Main St., Ste. 1100
>Kansas City, MO 64111-7700
>jason.scheiderer@snrdenton.com

/s/ Andrew W. Hutton
Andrew W. Hutton, #10264
*Attorneys for Plaintiffs*

HUTTON
& HUTTON
Law Firm, L.L.C.

Tallgrass Exec. Park
8100 E. 22nd St. N.
Building 1200
Wichita, Kansas
67226-2312

Mailing Address:
P.O. Box 638
Wichita, Kansas
67201-0638

316.688.1166
316.686.1077 (*fax*)
www.huttonlaw.com